IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| WILLIAM CONDOSTA | : | NO. 10-759 |

**FILED**
NOV 29 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

### CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ 50,000.00
    __X__ secured by:
    __10__ % cash **to be paid to the clerks office no later than Tuesday, 11/30/10, 2:00 pm.**

### PRETRIAL SERVICES

__X__ Defendant shall report to Pretrial Services:
    __X__ **as directed** by Pretrial Services.
    _____ times per week **in person**.
    _____ times per week **via telephone**.

### TRAVEL

__X__ Travel is restricted to the **Eastern District of Pennsylvania**.
_____ Travel is restricted to the _____
__x__ Unless prior permission is granted by Pretrial Services.

### PASSPORT

__X__ Defendant shall surrender and/or refrain from obtaining or applying for a **passport**.

### FIREARMS

__X__ Defendant shall surrender and/or refrain from obtaining any **firearms**. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

__X__  Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**. **EXCEPTION: SHALL NOT PROHIBIT HIM FROM ANYONE AT WORK.**

__X__  Defendant must maintain present **employment**.

OTHER CONDITIONS:

DEFENDANT TO SURRENDER FIREARMS TO A THIRD PARTY BY THE NAME OF DANIEL REAGAN. DEFENDANT SHALL PROVIDE A LIST OF ALL FIREARMS, INCLUDING SERIAL NUMBERS AND A RECEIPT FROM MR. REAGAN THAT HE HAS THE FIREARMS IN HIS POSSESSION AND THAT HE WILL KEEP THEM IN HIS POSSESSION UNTIL FURTHER NOTICE BY THE COURT.

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this __23__ day of __NOVEMBER__, 2010.

BY THE COURT:

S/HENRY S. PERKIN
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE